DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 237P13 | Daniel Tapper, Employee v. Penske Truck Leasing Co., L.P., Employer and Gallagher Bassett Services, Inc., Third-Party Administrator | 1. Plt's PWC to Review Order of COA (COAP13-251)<br><br>2. Plt's Motion to Withdraw PWC | 1. - - -<br><br>2. Allowed |
|---|---|---|---|
| 238P13 | State v. Kelly Omar Douglas | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA12-261)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Dismissed as Moot |
| 239P13 | State v. Willie Smith, Jr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1477)<br><br>2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 240P13 | State v. Maurquis Wright and Christian Smith | 1. State's Motion for Temporary Stay (COA12-938)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/07/13** Dissolved the Stay **08/27/13**<br><br>2. Denied<br><br>3. Denied |
| 241P13 | State v. Anthony Coleman | 1. State's Motion for Temporary Stay (COA12-946)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/10/13**<br><br>2.<br><br>3. |
| 243P13 | In the Matter of: Jennifer Nicole Foster | 1. State's Motion for Temporary Stay (COA12-865)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/10/13** Dissolved the Stay **08/27/13**<br><br>2. Denied<br><br>3. Denied |
| 246P13 | State v. Orenthial Terrell Smith | Def's PWC (COAP13-171) | Denied |
| 247P03-2 | State v. Reginald Terrell Leach | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-962)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |